# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| BRANDI GLOSSER,<br>Individually and on Behalf of<br>All Others Similarly Situated<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SUMMIT PIZZA INC.,<br><br>　　　　　　　Defendant. | Case No. 5:21-cv-06148-BP |

## CLERK'S ORDER OF DISMISSAL

On the 28th day of September 2022, the parties herein having filed a Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Summit Pizza, Inc.

　　　　　　　　　　　　　　　　　AT THE DIRECTION OF THE COURT

　　　　　　　　　　　　　　　　　Paige Wymore-Wynn, Clerk of Court
　　　　　　　　　　　　　　　　　　**/s/ Shauna Murphy-Carr**
　　　　　　　　　　　　　　　　　　Deputy Clerk

Date:　September 29, 2022